IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT JAMES SMITH, #153533-A, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-975-F |
| | ) | |
| COMMISSIONER DONALD CAMPBELL, | ) | (WO - Not for Publication) |
| *et al.*, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**ORDER**

This cause is before the court on the Plaintiff's request in his Complaint (Doc. # 1) for a temporary restraining order, which is hereby construed as a motion for a temporary restraining order. Upon consideration of the Plaintiff's submission, the motion is hereby ORDERED DENIED. It is further ORDERED that this case is hereby referred to Magistrate Judge Delores Boyd for action or recommendation on all pretrial matters.

DONE this 13th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE