IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ROBERT JAMES SMITH, #153533,   )<br>)<br>Plaintiff,   )<br>v.   )<br>)<br>DONAL CAMPBELL, *et al.,*   )<br>)<br>Defendants.   ) | CASE NO.  2:05-cv-975-F<br>WO |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #9 ) to the Recommendation of the Magistrate Judge (Doc. #5 ) filed on October 24, 2005 is overruled;

2. The Recommendation of the Magistrate Judge entered on October 17, 2005 is adopted;

3. The plaintiff's motion for a preliminary injunction is DENIED.

4. This case is referred back to the Magistrate Judge for appropriate proceedings

DONE this 1st day of November, 2005.

                                          /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE