IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT JAMES SMITH, #153533, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-975-F |
| | ) | WO |
| DONAL CAMPBELL, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

This cause is before the Court on the petitioner's "Objection to Magistrate's Order Issued October 20, 2005" filed on October 27, 2005. Specifically, petitioner objects to the Magistrate Judge's order of October 20, 2005 (Doc. #8) . After an independent review of the Magistrate Judge's order and the petitioner's objection, the Court finds that the Magistrate Judge's order is neither clearly erroneous, nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, it is hereby

ORDERED that petitioner's objection (Doc. #10) is OVERRULED. It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this 1st day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE