IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT JAMES SMITH, #153 533, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-975-WKW- |
| ) | DRB (WO) |
| COMM. DONAL CAMPBELL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Plaintiff's Motion for Preliminary Injunction and Restraining Order (Doc. # 28), it is ORDERED that the motion for a temporary restraining order is DENIED.

The Motion for Preliminary Injunction was referred to the Magistrate Judge. On February 10, 2006, the Magistrate Judge filed a Recommendation (Doc. # 31) that the motion be denied. The plaintiff did not file an objection.

After an independent and de novo review of the record, it is the ORDER of the court that:

1. The Recommendation of the Magistrate Judge (Doc. # 31) is ADOPTED.

2. The Motion for Preliminary Injunction is DENIED.

3. This case is referred to Magistrate Judge Boyd for action or recommendation on all pretrial matters.

DONE this the 14th day of March, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE